USAO-EDOK Arrest Warrant (Revised 6/13)

ORIGINAL

RECEIVED
U.S. MARSHALS
EASTERN OKLAHOMA

2021 JUL -8 PM 1:14

# United States District Court

## EASTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

*Plaintiff,*

v.

ALLYSA TURNER,

*Defendant.*

**WARRANT OF ARREST**

Case No.   21-MJ-304-SPS

To:   The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest:  ALLYSA TURNER

and bring him or her forthwith to the nearest magistrate judge to answer a(n):

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with Murder in Indian Country

in violation of Title18 United States Code, Section 1111, 1151, and 1152.

STEVEN P. SHREDER
Name of Issuing Judicial Officer

Signature of Issuing Judicial Officer

Bail fixed at $ _____

FILED

JUL 1 2 2021

PATRICK KEANEY
Clerk, U.S. District Court
By _____ Deputy Clerk

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Judicial Officer

July 8, 2021        , Muskogee, Oklahoma
Date and Location

by: _____
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at:

Latimer Co Jail, Wilburton, OK

| DATE RECEIVED 7/8/2021 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 7/8/2021 | Michael Harrington Special Agent | Michael Harrington |